AO 91 (Rev. 08/09) Criminal Complaint

**FILED**

JUL 1 5 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>AHMED ABU KHATALLAH,<br>also known as "AHMED MUKATALAH<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Case: 1:13-mj-572<br>Assigned To : Chief Judge Royce C. Lamberth<br>Assign. Date : 7/15/2013<br>Description: Complaint and Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of <u>September 11, 2012, through September 12, 2012,</u> in Libya and, therefore, outside of the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 930(c) and 2 | - Killing a Person in the Course of an Attack on a Federal Facility Involving the Use of a Firearm and Dangerous Weapon and Attempting and Conspiring to Do the Same; |
| 18 U.S.C. §§ 2339A and 2 | - Providing, Attempting and Conspiring to Provide Material Support to Terrorists Resulting in Death; |
| 18 U.S.C. §§ 924(c)(1) and 2 | - Discharging, Brandishing, Using, Carrying and Possessing a Firearm During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:

See attached Affidavit in Support of a Criminal Complaint and Arrest Warrant

☐ Continued on the attached sheet.

*Complainant's signature*

<u>Special Agent Michael M. Clarke</u>
*Printed name and title*

Sworn to before me and signed in my presence.

Date: <u>July 15, 2013</u>

*Judge's signature*

City and state: <u>Washington, D.C.</u>

Chief Judge Royce C. Lamberth
*Printed name and title*